Jerry D. Hemme [SBN 99010]
GOODE, HEMME & PETERSON
6256 Greenwich Dr., Suite 500
San Diego, California 92122
Telephone: (858) 587-3555
Facsimile: (858) 587-3545

Attorneys for WARWICK INVESTMENTS, L.P.

FILED TS
09 APR 16 PH 2:29
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MADISON CAMPUS, 92116 LLC | Case No. 09-01799-LA7<br>Chapter 7<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE DEBTOR, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that WARWICK INVESTMENTS, L.P., a secured creditor in the above-captioned proceeding, has retained Goode, Hemme & Peterson to serve as its attorney of record, and hereby requests special notice of all matters which must be noticed to any creditors, the creditors' committee, or other parties in interest.

**PLEASE TAKE FURTHER NOTICE** that this request includes all notices referred to in Bankruptcy Rules 2002(i) and 3017(a) and the Local Rules of the Bankruptcy Court, and also includes, without limitation, all schedules, Trustee reports, orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other

1 | documents brought before the Court in this case, whether formal or
2 | informal, written or oral, or transmitted by mail, hand delivery,
3 | telephone, facsimile or otherwise.  You are requested to serve a copy
4 | of each notice upon the creditor at the following address:

> Jerry D. Hemme
> GOODE, HEMME & PETERSON
> 6256 Greenwich Dr., Suite 500
> San Diego, California 92122
> Telephone: (858) 587-3555
> Facsimile: (858) 587-3545

Dated: April 16, 2009					GOODE, HEMME & PETERSON

							By: _____
							    Jerry D. Hemme
							    Attorneys for
							    WARWICK INVESTMENTS, L.P.

**CSD 3010** [04/28/96]
Name, Address, Telephone No. & I.D. No.
Jerry D. Hemme
Goode, Hemme & Peterson
6256 Greenwich Dr., Suite 500
San Diego, CA 92122
Tel: 858.587.3555
Fax: 858.587.3545

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re MADISON CAMPUS, 92116 LLC | BANKRUPTCY NO. 09-01799-LA7 |
|---|---|
| Debtor. | |
| Plaintiff(s) | ADVERSARY NO. N/A |
| v. Defendants(s) | |

## PROOF OF SERVICE

I, Diane Fronce, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. My business address is 6256 Greenwich Dr., Suite 500, San Diego, CA 92122.

I further certify that on April 16, 2009, I served a copy of the following documents:

**REQUEST FOR SPECIAL NOTICE**

in the following manner:

[✓]   Mail Service - Regular, first class United States mail, postage fully pre-paid, as addressed on the attached Service List.

[ ]   Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

[ ]   Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 16, 2009

Diane Fronce

# SERVICE LIST

| | |
|---|---|
| Richard E. Chang<br>Steven J. Diamond<br>Chang & Diamond<br>624 Broadway, Suite 305<br>San Diego, CA 92101 | Attorney for Debtor |
| United States Trustee<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | |
| Leslie T. Gladstone, Trustee<br>5785 La Jolla Blvd., #A<br>La Jolla, CA 92037 | |
| Kit James Garner<br>Attorney at Law<br>402 West Broadway, Suite 400<br>San Diego, CA 92101 | Attorney for Mason Brutschy |
| Madison Campus 92116, LLC<br>P.O. Box 33418<br>San Diego, CA 92163 | |
| Madison Campus 92116, LLC<br>2670 5th Ave.<br>San Diego, CA 92103 | |
| Mark Brightwell<br>P.O. Box 33418<br>San Diego, CA 92163 | |
| Mark Brightwell<br>2670 5th Ave.<br>San Diego, CA 92103 | |
| Carol Johnson<br>P.O. Box 33418<br>San Diego, CA 92163 | |
| Keith L. Meeker<br>Attorney at Law<br>7777 Alvarado Rd., Suite 720<br>La Mesa, CA 91941 | Attorney for Keith R. Anderson |